Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LANGDON, | Case No.: 10-CV-01508-DMS-POR |
| Plaintiff, | |
| vs. | JOINT MOTION FOR DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC. AND EARL LEWIS, | |
| Defendants. | |

Defendant, NCO Financial Systems, Inc, (hereinafter "NCO"), and Plaintiff, Steven Langdon, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1),

///

///

///

///

///

1

and jointly move this court for an order of dismissal with prejudice.

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua B. Swigart, counsel for Plaintiff, and that I have obtained Mr. Swigart's approval for his electronic signature to this document.

                                      Respectfully submitted,

Dated: 12/6/10                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                      /s/ Debbie P. Kirkpatrick
                                      Debbie P. Kirkpatrick
                                      Attorney for Defendant
                                      NCO Financial Systems, Inc.

Dated: 12/6/10                        HYDE & SWIGART

                                      /s/ Joshua B. Swigart
                                      Joshua B. Swigart
                                      Attorney for Plaintiff
                                      Steven Langdon

_____
_____

Joint Motion for Dismissal with Prejudice

2