UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LANGDON,<br><br>    Plaintiff,<br><br>    vs.<br><br>NCO FINANCIAL SYSTEMS, INC. AND EARL LEWIS,<br><br>    Defendants. | Case No.: 10-CV-01508-DMS-POR<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

Based on the Joint Motion for Dismissal with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: December 7, 2010

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE